# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ali Ahmed Dualeh and Samiya Hassan Mohamud, | Case No. 23-CV-03554 (JMB/DTS) |
| Plaintiffs, | **ORDER** |
| v. | |
| Alejandro Mayorkas, *Secretary of the Department of Homeland Security*; Ur Mendoza Jaddou, *Director, United States Citizenship and Immigration Service*; and Trina M. Swanson, *Director, Saint Paul Field Office, USCIS*; | |
| Defendants. | |

Abdulwahid Osman, Abdulwahid Law Firm PLLC, Minneapolis, MN, for Plaintiffs Ali Ahmed Dualeh and Samiya Hassan Mohamud.

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz dated October 31, 2024. (Doc. No. 6.) The R&R recommends that the action be dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 6) is ADOPTED.

2. The Court DISMISSES this action without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 2, 2024                    /s/ *Jeffrey M. Bryan*
                                           Judge Jeffrey M. Bryan
                                           United States District Court